UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

AMY VOLPERT,                                         18-cv-4319 (PGG) (KHP)

                Plaintiff,

  - against -                                        **STIPULATION OF**
                                                                                    **VOLUNTARY DISMISSAL**
                                                                                                          **WITH PREJUDICE**

INFORMA BUSINESS INTELLIGENCE, INC.,

                Defendant.

---------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above captioned action, through their undersigned counsel, that this action is hereby dismissed, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

Dated: July 24, 2019

_____      _____
Daniel R. Bright                                 Jennifer B. Rubin
Lichten & Bright, P.C.                      Mintz Levin Cohn Ferris Glovsky
387 Park Avenue South,                 and Popeo, P.C.
5th Floor                                               666 Third Avenue
New York, NY 10016                         New York, NY 10017
(646) 588-4871                                    (212) 935-3000
(646) 588-4877 (fax)                      (212) 983-3115 (fax)
dbright@lichtenandbright.com         jbrubin@mintz.com

Attorneys for Plaintiff                        Attorneys for Defendant