UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AMY VOLPERT,

                Plaintiff,

- against -

INFORMA BUSINESS INTELLIGENCE, INC.,

                Defendant.

------------------------------------------------------------------x

18-cv-4319 (PGG) (KHP)

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through their undersigned counsel, that this action is hereby dismissed, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

Dated: July 24, 2019

_____
Daniel R. Bright
Lichten & Bright, P.C.
387 Park Avenue South,
5th Floor
New York, NY 10016
(646) 588-4871
(646) 588-4877 (fax)
dbright@lichtenandbright.com

Attorneys for Plaintiff

_____
Jennifer B. Rubin
Mintz Levin Cohn Ferris Glovsky
and Popeo, P.C.
666 Third Avenue
New York, NY 10017
(212) 935-3000
(212) 983-3115 (fax)
jbrubin@mintz.com

Attorneys for Defendant

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.

July 27, 2019